# UNITED STATES DISTRICT COURT
## District of Maine

| | | |
|---|---|---|
| CRAIG A. BROWN, | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | 2:10-cv-523-GZS |
| | ) | |
| MICHAEL FERRARA, et al., | ) | |
| | ) | |
|     Defendant | ) | |
| | ) | |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on June 7, 2011, her Recommended Decision (Docket No. 122). Plaintiff filed his Objection to the Recommended Decision (Docket No. 130) on June 23, 2011. Defendant Coffin Engineering & Surveying, Inc. filed its Opposition to Plaintiff's Objection to the Recommended Decision (Docket No. 133) on June 28, 2011.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.    It is hereby **ORDERED** that Defendant Coffin Engineering's Motion for Summary Judgment (Docket No. 74) is **GRANTED** on Plaintiff's federal claims and

as to Plaintiff's state law claims as against this Defendant, they are **DISMISSED WITHOUT PREJUDICE**.

                                               s/George Z. Singal
                                               U.S. District Judge

Dated this 21st day of July, 2011.