# UNITED STATES DISTRICT COURT
## District of Maine

| | | |
|---|---|---|
| **CRAIG A. BROWN,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **2:10-cv-523-GZS** |
| | ) | |
| **MICHAEL FERRARA, et al.,** | ) | |
| | ) | |
| **DefendantS** | ) | |
| | ) | |

## ORDER AFFIRMING THE
## <u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

The United States Magistrate Judge filed with the Court on July 7, 2011, her Recommended Decision (Docket No. 149). Plaintiff filed his Objection to the Recommended Decision (Docket No. 159) on July 25, 2011.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1.      It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2.      It is hereby **ORDERED** that Defendant Eric B. Morse's Motion for Summary Judgment (Docket No. 108) is **GRANTED** on the statute of limitations defense as to

Count I that relies on the allegations in the complaint involving Defendant Morse's interactions with Plaintiff through December 2004.

/s/George Z. Singal\
U.S. District Judge

Dated this 15th day of August, 2011.