## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| CRAIG A. BROWN, | ) |
| Plaintiff, | ) |
| v. | ) Docket no. 2:10-cv-523-GZS |
| MICHAEL FERRARA et al., | ) |
| Defendants. | ) |

### ORDER ON PENDING MOTIONS

Before the Court are the following motions: (1) Plaintiff's Objection to Magistrate Order to Attend Deposition and Motion to Strike Deposition from Record (Docket # 192 & 193), (2) Plaintiff's Motion for Continuance (Docket # 196) and (3) Plaintiff's Motion for Recusal and Change in Venue (Docket # 202). These Motions are hereby DENIED as frivolous.

A review of these motions indicates that Plaintiff is developing a pattern of frivolous filings. By filing such meritless motions, Plaintiff only delays the Court's ability to reach the merits of his claims. Plaintiff is hereby warned that repeated groundless and frivolous filings may result in the imposition of sanctions, including filing restrictions and/or dismissal of Plaintiff's case with prejudice.

Mr. Brown is hereby CAUTIONED and on NOTICE that he may face sanctions for further frivolous filings. See Cok v. Family Court of Rhode Island, 985 F.2d 32, 35 (1st Cir. 1993) (requiring that the Court warn any litigant before restricting the litigant's ability to file).

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 17th day of October, 2011.