**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| CRAIG A. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 2:10-cv-523-GZS |
| | ) |
| MICHAEL FERRARA et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

**ORDER ON PENDING OBJECTIONS**

Before the Court are Plaintiff's Objection to Order Denying Motions (Docket # 239) and Plaintiff's Amended Objection to Discovery Order (Docket # 259), these Objections are hereby DENIED as frivolous.

On October 17, 2011, this Court warned Plaintiff that he was developing a pattern of submitting groundless and frivolous filings that were causing unnecessary delay (Docket # 203). Plaintiff has not heeded the Court's Cok warning and has continued to make repeated frivolous filings, which have been summarily denied. (See, e.g., Nov. 9, 2011 Orders (Docket # 219-223) & Dec. 12, 2011 Order (Docket # 257).)

Having reviewed the docket and considered all of Mr. Brown's filings since this Court's October 17, 2011 Order, it would appear Mr. Brown is engaging in abuse of the litigation process through the repeated filing of meritless motions and objections containing inflammatory allegations. Mr. Brown is hereby CAUTIONED and on NOTICE that his filings going forward should focus on the merits of the claims and defenses presented. Frivolous references to "treason" or other irrelevant accusations will not be tolerated. Failure to tailor his future filings in accordance with this Order will result in further sanctions against Mr. Brown, including possible dismissal of this case. See Cok v. Family Court of Rhode Island, 985 F.2d 32, 35 (1st Cir. 1993) (requiring that the Court warn any litigant before restricting the litigant's ability to file).

SO ORDERED.

                                                                                          /s/ George Z. Singal
                                                                                          United States District Judge

Dated this 14th day of December, 2011.