# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CRAIG BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 2:10-cv-523-GZS |
| | ) |
| MICHAEL FERRARA, et al, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER ON PLAINTIFF'S MOTION TO VACATE

Before the Court is Plaintiff's Motion to Vacate (Docket # 345). By way of this Motion, Plaintiff apparently seeks to have this Court reexamine three April 28, 2011 Recommended Decisions issued by Magistrate Judge Kravchuk (Docket #s 81, 82 & 83) as well as decisions Judge Kravchuk made in connection with Plaintiff's prior case, Brown v. Camden, D. Me. Civil 2:10-cv-63-GZS.

The Motion is hereby DENIED upon this Court's finding that the Motion is procedurally improper and meritless. Plaintiff's sole recourse for challenging decisions in his earlier case was an appeal of the final judgment entered on May 10, 2010. However, the Court notes that no such timely appeal was filed. To the extent Plaintiff seeks to vacate three earlier recommended decisions, the Court notes that it affirmed each of those recommended decisions (See Orders (Docket #s 123, 124 & 125).) Additionally, Plaintiff filed an interlocutory appeal on this issue, which was summarily denied by the First Circuit (Docket # 177).

Plaintiff is hereby notified that filing any additional motions on this docket that seek overturn any aspect of the final judgment in Brown v. Camden, D. Me. Civil 2:10-cv-63-GZS would be frivolous. Such motions will be summarily denied.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 29th day of March, 2012.