# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CRAIG BROWN, | ) |
|       Plaintiff, | ) |
| v. | ) Docket no. 2:10-cv-523-GZS |
| MICHAEL FERRARA, et al., | ) |
|       Defendants. | ) |

## ORDER ON MOTION FOR RECUSAL

Before the Court is Plaintiff Craig Brown's Motion for Recusal (ECF No. 372). The Motion is repetitive and frivolous. (See ECF Nos. 203 & 263.) The Court DENIES this latest request for recusal.

SO ORDERED.

                                                  /s/ George Z. Singal
                                                  United States District Judge

Dated this 15th day of June, 2012.