# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CRAIG BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 2:10-cv-523-GZS |
| | ) |
| MICHAEL FERRARA, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTIONS TO AMEND

Before the Court are the following motions submitted by Plaintiff Craig Brown: Motion to Amend Plaintiff's Motion for Summary Judgment (ECF No. 328), Motion to Amend Affidavit (ECF No. 368), Motion to Amend Response to Defendant Beal's Opposing Statement of Material Facts (ECF No. 374), Motion to Amend Response to Defendant Ferrara's Opposing Statement of Material Facts (ECF No. 375), and Motion to Amend Response to the Hall, Nims, Roberts Opposing Statement of Material Facts (ECF No. 376).

Plaintiff's Motions to Amend are not accompanied by any meaningful memoranda of law and he provides no rationale for why the Court should permit him to amend his pleadings. As is clear from their opposing briefs, Defendants would be unduly prejudiced by allowance of an amendment. Accordingly, pursuant to Federal Rule of Civil Procedure 15, the Court DENIES Plaintiff's Motions to Amend (ECF Nos. 328, 368, 374, 375, 376).

SO ORDERED.

/s/ George Z. Singal  
United States District Judge

Dated this 15th day of June, 2012.